IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ADRIAN W. ROGERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL NO. 13-723-GPM |
| | ) |
| VICKIE COOK ANDERSON, | ) |
| | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

On August 19, 2013, after mail from the Court to Plaintiff Adrian Rogers had been returned as undeliverable, Plaintiff was ordered to provide the Court with his current address no later than September 16, 2013 (Doc. 8). Plaintiff was explicitly warned that his failure to do so would result in the dismissal of his case (Doc. 8). Plaintiff's deadline to notify this Court of his change of address has passed, and Plaintiff has failed to do so.

As a result, this action is **DISMISSED** without prejudice, for failure to comply with an Order of this Court. FED. R. CIV. P. 41(b). *See generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994). Plaintiff's obligation to pay the filing fee for this action was incurred at the time the action was filed, thus the filing fee of $350.00 remains due and payable. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998). The Clerk's Office is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

DATED:   October 2, 2013

s/ _G. Patrick Murphy_  
G. PATRICK MURPHY  
United States District Judge